Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

| | | |
|---|---|---|
| JAMAL MAHGOUB | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) | |
| 2U, INC FORMALLY TRILOGY EDUCATION SERVICES | ) | FILED BY _____ D.C.<br><br>SEP 03 2021<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JAMAL A MAHGOUB |
| Street Address | 1102 SHOMA DRIVE |
| City and County | ROYAL PLAM BEACH (PALM BEACH COUNTY) |
| State and Zip Code | FLORIDA 33414 |
| Telephone Number | 510-779-7171 |
| E-mail Address | jmahgoub@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Eduardo Ramos |
| Job or Title *(if known)* | Admissions Manager |
| Street Address | 980 N. FED HWY, 412 |
| City and County | BOCA RATON (PALM BEACH COUNTY) |
| State and Zip Code | FLORIDA 33432 |
| Telephone Number | 786-355-2025 |
| E-mail Address *(if known)* | eramos@2u.com |

Defendant No. 2

| | |
|---|---|
| Name | RJ Philipp |
| Job or Title *(if known)* | Admissions Manager |
| Street Address | 980 N. FED HWY, 412 |
| City and County | BOCA RATON (PALM BEACH COUNTY) |
| State and Zip Code | FLORIDA 33432 |
| Telephone Number | 561-609-4791 |
| E-mail Address *(if known)* | rphilipp@trilogyed.com |

Defendant No. 3

| | |
|---|---|
| Name | Ileana Goldberg |
| Job or Title *(if known)* | Admissions Director |
| Street Address | 980 N. FED HWY, 412 |
| City and County | BOCA RATON (PALM BEACH COUNTY) |
| State and Zip Code | FLORIDA 33432 |
| Telephone Number | 561-609-4791 |
| E-mail Address *(if known)* | igoldberg@2u.com |

Defendant No. 4

| | |
|---|---|
| Name | 2U, INC FORMALLY TRILOGY EDUCATION SERVICES |
| Job or Title *(if known)* | Human Resources Department - Hannah Rigatti |
| Street Address | 7900 Harkins Road |
| City and County | Lanham, MD |
| State and Zip Code | MD 20706 |
| Telephone Number | (301) 8924350 |
| E-mail Address *(if known)* | hrigatti@2u.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

N/A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Jamal A Mahgoub, is a citizen of the State of *(name)* Florida and national origin is Sudan.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Eduardo Ramos & RJ Philipp, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* Cuba and United States.

b. If the defendant is a corporation

The defendant, *(name)* 2U, INC FORMALLY TRILOGY EDUCA, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.

Or is incorporated under the laws of *(foreign nation)* Maryland, and has its principal place of business in *(name)* Maryland.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1.5 million dollars because of being intentionally prohibited from taking a management position in the company for almost 2 years and due to emotional and psychological damage due to continuous job harassment and discrimination based on national origin and citizenship of a foreign country.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

For the past 2 years I have been discriminated upon from promoting in the organization by using different unlawful tactics such as administrative leaves, false and made up corrective action plans and continuous harassment and intimidation on daily basis based on national origin and race.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I demand at least $1.5 million in relief due to not being able to take management positions for almost 2 years. Also I have been subjected to continuous harassment, discrimination, being targeted by using unlawful tactics such as administrative leave and corrective action and performance reviews, etc. I have all the documents that I will provide as evidence to the court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I have been issued an EEOC notice attached with this complaint for complete details about the case.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/03/2021

Signature of Plaintiff
Printed Name of Plaintiff   JAMAL MAHGOUB

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address